# United States District Court
## Southern District of Georgia

JOSEPH RYAN KINNEY,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-076

SHERIFF JOHN WILCHER, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 28, 2019 adopting the Magistrate Judge's Report and Recommendation Court's opinion in this case, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. This case stands closed.

05/28/2019
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*